Glenn Stearns, Chapter 13 Trustee
801 Warrenville Road, Suite 650
Lisle, IL 60532-4350
Ph: (630) 981-3888

In re:
THOMAS J JURKIEWICZ
ROBYN D JURKIEWICZ

Case No. 11-39651
Account No. 4905

GREEN TREE
PO BOX 0049
PALATINE, IL 60055-0049

THOMAS J JURKIEWICZ
ROBYN D JURKIEWICZ
25906 W PLEASANT VIEW AVENUE
WAUCONDA, IL 60084

GERACI LAW LLC
55 E MONROE #3400
CHICAGO, IL 60603

**NOTICE OF WITHDRAWAL OF NOTICE OF CURE UNDER PARAGRAPH B(2)(b)**

Please take notice that the Notice of Cure under Paragraph B(2)(b) was sent in error on **March 12, 2012**.

/S/ Marifran Smith

For: Glenn Stearns, Chapter 13 Trustee, Standing Trustee

**NOTICE OF MOTION AND CERTIFICATE OF SERVICE**

I certify that this office caused a copy of this notice to be delivered to the above listed parties by depositing it in the U.S. Mail at 801 Warrrenville Road, Suite 650,, Lisle, IL on **May 17, 2012**.

/S/ Marifran Smith

For: Glenn Stearns, Chapter 13 Trustee, Standing Trustee

Glenn Stearns, Chapter 13 Trustee
801 Warrenville Road, Suite 650
Lisle, IL 60532-4350
Ph: (630) 981-3888